

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re: The Estate of James W. Fisher, Deceased

No. 06-14-00029-CV

Appeal from the County Court at Law of Harrison County, Texas (Tr. Ct. No. 2011-16,479-CCL). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellants, Sheila Nikko Fisher and Carlos Gracia, III, pay all costs of this appeal.

RENDERED OCTOBER 29, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk